

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2020

No. 04-20-00146-CV

**THE MOST REVEREND WM. MICHAEL MULVEY, S.T.L., D.D. BISHOP** of Corpus
Christi
Appellant/Cross-Appellee

v.

**BAY, LTD.**,
Appellee/Cross-Appellant

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-09-51494-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

On April 14, 2020, we ordered Appellants to show cause in writing that the clerk's record has been paid. Appellants timely complied; our April 14, 2020 order is satisfied.

We ORDER the Jim Wells County District Clerk to file the clerk's record with this court within THIRTY DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court